## **EXHIBIT A**

Legal Description of the Property

Situated in the State of Ohio, County of Union, and in the City of Marysville, VMS# 4066:

Being Lot Number Three Thousand Five Hundred Ninety-One (3591), in MILL VALLEY PHASE 4, PART 1, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 5, pages 22 and 23, Recorder's Office, Union County, Ohio.

Property Address; 1109 Bay Laurel Drive, Marysville, OH 43040

Parcel Number: 29-0022001.596, Map Number 089-05-01-014.000